**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

PRIME PROPERTY AND CASUALTY INSURANCE INC., a foreign corporation,

Plaintiff,

CASE NO:

vs.

ROYAL BENGAL LOGISTICS, INC., JACK PALMA, E AND J LEGACY TEAM, INC., and LONDON BRIDGET, IV,

Defendants.
_____________________________________ /

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, Prime Property and Casualty Insurance Inc. ("Prime"), sues Royal Bengal Logistics, Inc. ("Royal Bengal"), Jack Palma ("Palma"), E and J Legacy Team, Inc. ("E and J"), and London Bridget, IV ("Bridget") (collectively, "Defendants") for declaratory relief as follows:

## JURISDICTION AND VENUE

1. Prime brings this action for declaratory judgment pursuant to 28 U.S.C. § 2201, seeking declaratory relief concerning an insurance dispute relating to claims arising out of a May 7, 2021, automobile accident and a resulting underlying lawsuit.

2. This Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, as the amount in controversy exceeds the sum of $75,000.00, exclusive of fees, interest and costs, and there is complete diversity of citizenship between Plaintiff and Defendants.

3. The amount in controversy exceeds the sum of $75,000 because, *inter alia*, Bridget seeks recovery from Prime of limits of $1,000,000.

4. Prime is a foreign Corporation organized under the laws of the State of Illinois, domiciled in and with its principal place of business in Utah.

5. Royal Bengal is a Florida corporation domiciled in and with its principal place of business in Fort Lauderdale, Florida.

6. Palma is a citizen of the State of Texas, domiciled in Dallas County, Texas.

7. E and J is a Florida corporation domiciled in and with its principal place of business in Pompano Beach, Florida.

8. Bridget is a citizen of the state of California, domiciled in Monterey County, California.

9. Venue is appropriate in the Southern District of Florida as the at-issue policy of insurance was issued and delivered to Royal Bengal in Broward County, Florida.

10. An actual justiciable controversy between Prime and the Defendants exists within the meaning of 28 U.S.C. § 2201, regarding whether Prime has a duty to defend and therefore a duty to indemnify Royal Bengal, Palma, and E and J pursuant to the terms and conditions of a policy of insurance and with respect to the claims asserted by Bridget in his Florida lawsuit, as is described in greater detail below.

**THE FACTS**

11. On May 7, 2021, there was an automobile accident between Bridget and Palma in Jacksonville, Florida (the "Subject Accident").

12. Bridget has asserted bodily injury claims as a result of damages allegedly incurred as a result of the Subject Accident in excess of $75,000 against Royal Bengal, Palma, and E and J.

13. On May 9, 2022, Bridget filed a lawsuit against Royal Bengal, Palma, and E and J in Duval County, Florida under Case No. 16-2022-CA-002578-XXXX-MA (the "Underlying Lawsuit"). A true and correct copy of the Complaint in the Underlying Lawsuit is attached as **Exhibit "A**."

14. Prime is defending Royal Bengal, Palma, and E and J in the Underlying Lawsuit pursuant to a reservation of rights.

15. Palma has failed to cooperate with defense counsel hired by Prime to defend the suit despite reasonable attempts to secure his cooperation.

16. Unlike Royal Bengal and E and J, Palma witnessed the Subject Accident and can offer eyewitness testimony concerning liability and potential damages stemming from the Subject Accident.

**THE POLICY**

17. Prime issued a commercial automobile policy to Royal Bengal under Policy No. PC20081200 (the "Policy"), which was in effect from August 14, 2020 through August 14, 2021. A true and correct copy of the Policy is attached as **Exhibit "B**."

18. The Policy contains the following pertinent provisions:

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

A. Loss Conditions

2. Duties In The Event Of Accident, Claim, Suit Or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1) How, when and where the "accident" or "loss" occurred;



1070094\330601849.v1

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

19. Prime is currently defending Royal Bengal, Palma, and E and J against the Underlying Lawsuit subject to a full and complete reservation of rights under the Policy. As a result, Prime has incurred and will continue to incur expenses associated with the investigation, defense, and handling of the claims relating to the Subject Accident and Underlying Lawsuit.

20. Bridget is a proper party since his rights, if any, may be affected by this Court's declaration.

21. All conditions precedent to bringing this action have been performed or otherwise waived.

**<u>COUNT I - NO COVERAGE BASED UPON PALMA'S FAILURE TO COOPERATE</u>**

22. Prime realleges paragraphs 1 through 21 as paragraph 22 of Count I.

23. The Policy requires the named insured and any other involved insured to cooperate with Prime in the investigations and defense of a suit.

24. As the named insured, Royal Bengal is an insured under the Policy.

25. As an employee of Royal Bengal who was involved in the Subject Accident and was sued by Bridget, Palma is an involved insured under the Policy.

26. As an additional insured on the Policy, E and J is an involved insured under the Policy.

27. Palma is not cooperating with Prime or defense counsel in the defense of the Underlying Lawsuit, despite Prime's repeated efforts to secure his cooperation.

28. As the only witness employed by Royal Bengal who saw and witnessed the Subject Accident and its aftermath, Palma is the only insured who can testify about liability and possible damages.

29. Without Palma's cooperation and testimony at trial, Prime's ability to investigate and defend the Underlying Lawsuit will be prejudiced.

30. Prime is also prejudiced due to Palma's lack of cooperation because, as a direct result of Palma's refusal to provide testimony, Bridget now seeks to amend his complaint in the Underlying Lawsuit to assert a claim for punitive damages. A true and correct copy of the motion for leave in the Underlying Complaint is attached as **Exhibit C**.

31. Accordingly, the Policy does not provide coverage for claims arising out of the Subject Accident, including the Underlying Lawsuit.

32. In view of the foregoing, an actual and present controversy exists between the parties as to the scope of Prime's obligation, if any, to defend and therefore indemnify Royal Bengal, Palma, and E and J for any claims arising out of the Subject Accident, including the Underlying Lawsuit.

WHEREFORE, Prime Property & Casualty Insurance Company respectfully requests the Court find and declare that it does not have a duty to defend, and therefore no duty to indemnify, for any claim arising out of the Subject Accident, including the Underlying Lawsuit.

Dated: September 29, 2026

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

*_/s/ Brittney Savino_*
**PEDRO E. HERNANDEZ**
Florida Bar No. 360589
phernandez@hinshawlaw.com
**BRITTNEY SAVINO**
Florida Bar No. 118898
bsavino@hinshawlaw.com
**BIANCA DE PAULIS**
Florida Bar No. 1049215
bdepaulis@hinshawlaw.com
2811 Ponce de Leon Boulevard, Suite 1000
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Plaintiff*